UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TERNAIL L. BOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 2:18-CV-65-D** |
| ANDREW M. SAUL, Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees under 42 U.S.C. 406(b) in the amount of $20,000.00 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees previously received under the Equal Access Justice Act ("EAJA"), 28 U.S.C. § 2412.

**This Judgment Filed and Entered on December 17, 2020, and Copies To:**
| | |
|---|---|
| Kathleen S. Glancy | (via CM/ECF electronic notification) |
| Laurie Lynn Janus | (via CM/ECF electronic notification) |
| Christian M. Vainieri | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
December 17, 2020  (By) /s/ Nicole Sellers
 Deputy Clerk